IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>          Plaintiff,<br><br>   v.<br><br>PHAM,<br><br>          Defendant.<br>_____ / | No. C 13-02492 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 14, 2014</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 15, 2014</u>.

DESIGNATION OF EXPERTS: <u>3/14/14</u>; REBUTTAL: <u>n/a</u>.
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 15, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 28, 2014</u>;

       Opp. Due <u>April 11, 2014</u>;  Reply Due <u>April 18, 2014</u>;

       and set for hearing no later than <u>May 2, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 1, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 14, 2014</u> at <u>8:30 AM.</u>,
       Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be produced by December 20, 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/16/13

                                                        _____
                                                        SUSAN ILLSTON
                                                        United States District Judge