United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI Company,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Hong Thoa Thi Pham,<br><br>        Defendant(s).<br>_____/ | No. C-13-02492-SI (DMR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO EXECUTE SETTLEMENT DOCUMENTATION [DOCKET NO. 47]** |

The parties have filed a request for extension of time to execute their settlement documentation. [Docket No. 47.] The request is **granted**. The parties shall execute all settlement-related documents by no later than **July 25, 2014**. The parties shall certify completion by filing a joint letter addressed to Judge Ryu.

IT IS SO ORDERED.

Dated: July 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge