1  LAWRENCE J. HILTON (State Bar No. 156524)
        lhilton@oneil-llp.com
2  KATHLEEN A. DONAHUE (State Bar No. 294226)
   O'NEIL LLP
3  19900 MacArthur Boulevard, Suite 1050
   Irvine, California 92612
4  Telephone: (949) 798-0500
   Facsimile: (949) 798-0511
5
6  Attorneys for Plaintiff
   TVBI COMPANY LIMITED
7
8
9              UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  TVBI COMPANY LIMITED, a Hong Kong corporation, | Case No. CV 13 2492 |
| 12 | |
| 13              Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO EXECUTE SETTLEMENT DOCUMENTATION [DOCKET NO. 49] |
| 14       v. | |
| 15 | |
| 16  HONG THOA THI PHAM, an individual; and DOES 1 through 10, | |
| 17  inclusive, | |
| 18              Defendants. | |
| 19 | |

20
21
22
23
24
25
26
27
28

#142610 v1  13042.9  7/30/2014

1      The parties have filed a request for an additional extension of time to execute

2 their settlement documentation.  [Docket No. 49.]  The request is hereby granted.

3 The parties shall execute all settlement-related documents by no later than August 1,

4 2014.  The parties shall certify completion by filing a joint letter addressed to Judge

5 Ryu.

6

7      IT IS SO ORDERED.

8

9 Dated: 7/30/2014

10                               DONNA M. RYU

11                               United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER

1

PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 19900 MacArthur Boulevard, Suite 1050, Irvine, California 92612.

4

5

On **July 30, 2014**, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO EXECUTE SETTLEMENT DOCUMENTATION** on the interested parties in this action as follows:

6

7

- **James Lloyd Dawson**
  jld@gedlaw.com,sharlene@gedlaw.com

8

- **Marc Alan Eisenhart**
  mae@gedlaw.com,sharlene@gedlaw.com

9

- **Nicholas Garrett Emanuel**
  nge@gedlaw.com,sharlene@gedlaw.com

10

11

- **Shawn Robert Parr**
  shawn@parrlawgroup.com,donna@parrlawgroup.com

12

- **Walter J Robinson**
  walter.robinson@pillsbury.com

13

☐     **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with O'Neil LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

14

15

16

17

☐     **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

18

19

20

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

21

22

Executed on July 30, 2014, at Irvine, California.

23

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24

25

26

Shaun Simmons
(NAME OF DECLARANT)                                    (SIGNATURE OF DECLARANT)

27

28

#134464 v1