IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI COMPANY LTD., | No. C 13-02492 SI |
| Plaintiff, | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| v. | |
| HONG THOA THI PHAM, | |
| Defendant. | |

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement. The Court withdrawals the Order of Dismissal upon settlement filed on August 26, 2014.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within thirty days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

Dated: 9/18/14

SUSAN ILLSTON
United States District Judg