# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>HONG THOA THI PHAM,<br><br>    Defendant. | Case No. 5:17-cv-05858 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Susan Illston to determine whether it is related to 3:13-cv-02492 SI, TVBI Company Limited v. Hong Thoa Thi Pham.

IT IS SO ORDERED.

Date: October 12, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-05858 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES